FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

JUL 19 2017

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:17-CR- 54 |
| | § | Judge RC/KNM |
| SHUNDARRELL CAIN | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 841(a)(1)
(Possession with intent to Distribute
Methamphetamine)

On or about March 1, 2017, in Upshur County, Texas, in the Eastern District of

Texas, **Shundarrell Cain**, defendant herein, did knowingly and intentionally possess,

with intent to distribute, a Schedule II controlled substance, namely approximately 57

grams or more of methamphetamine (actual), its salts, isomers, and salts of isomers, in

violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

### Count Two

Violation: 18 U.S.C. § 924(c)(1)(A)
(Possession of a firearm during drug
trafficking)

On or about March 1, 2017, in Upshur County, Texas, in the Eastern District of

Texas, **Shundarrell Cain,** defendant, did knowingly use, carry, and possess a firearm,

namely, a High Point, Model CF380, .380 caliber pistol bearing serial number P852577,

during, in relation to, and in furtherance of, a drug trafficking crime for which said

defendant may be prosecuted in a court of the United States, to wit:  Possession with

Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1),

841(b)(1)(A), all in violation of 18 U.S.C. § 924(c)(1)(A).

## Count Three

> Violation: 18 U.S.C. § 922(g)(1) (Felon
> in possession of a firearm)

On or about March 1, 2017, in Upshur County, Texas, in the Eastern District of

Texas, **Shundarrell Cain**, defendant, having been convicted of a crime punishable by

imprisonment for a term exceeding one year, to wit: Tampering with Physical Evidence,

a felony, in Cause Number 15,130, in the 115th Judicial District Court in and for Upshur

County, Texas, on July 2, 2009; Possession of a Controlled Substance, a felony, in Cause

Number 35257-B, in the 124th Judicial District Court in and for Gregg County, Texas, on

March 8, 2007; Possession of a Controlled Substance - Methamphetamine, a felony, in

Cause Number 12993 TRN 9027738157, in the 115th Judicial District Court in and for

Upshur County, Texas, on October 21, 2002; and Possession of a Controlled Substance, a

felony, in Cause Number 96-0300271-CR, in the 221st Judicial District Court in and for

the Montgomery County, Texas on May 16, 1997; did knowingly and unlawfully possess

in and affecting commerce, a firearm, to wit: a High Point, model CF380, .380 caliber

pistol bearing serial number P852577, a Ruger, model 10/22, .22 caliber rifle, bearing

serial number 232-64183, a Remington, model 1100, 12 gauge shotgun, bearing serial

number 50866OV, a Marlin, model 60, .22 caliber rifle with an obliterated serial number,

a Taurus, model S411220, .410 caliber, shotgun, bearing serial number SR341497, a

Marlin, model 60, .22 caliber rifle, bearing serial number 91471683, and a Remington, model 742, .243 caliber rifle, bearing serial number 7139983, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### Pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c)

As a result of committing the offenses alleged in this indictment, the defendant

shall forfeit to the United States of America pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C.

§ 853, and 28 U.S.C. § 2461(c):

      1.    any property constituting, or derived from, and proceeds the defendant obtained, directly or indirectly, as the result of such violations;

      2.    any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, and/or;

      3.    any and all firearms, ammunition, and accessories seized from the defendant,

including but not limited to the following:

FIREARMS AND AMMUNIITON

A.   a High Point, model CF380, .380 caliber pistol bearing serial number P852577,
B.   a Ruger, model 10/22, .22 caliber rifle, bearing serial number 232-64183,
C.   a Remington, model 1100, 12 gauge shotgun, bearing serial number 50866OV,
D.   a Marlin, model 60, .22 caliber rifle with an obliterated serial number,
E.   a Taurus, model S411220, .410 caliber, shotgun, bearing serial number SR341497,
F.   a Marlin, model 60, .22 caliber rifle, bearing serial number 91471683, and
G.   a Remington, model 742, .243 caliber rifle, bearing serial number 7139983,

CASH PROCEEDS

$10,000.00 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is proceeds obtained directly or indirectly as a result of the commission of the aforesaid violations.

Indictment - Page 4

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with a third person;

(c)     has been placed beyond the jurisdiction of the court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be subdivided
        without difficulty;

The United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

By virtue of the commission of the felony offenses charged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, and 28 U.S.C. § 2461.

A TRUE BILL

GRAND JURY FOREPERSON

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

JIM NOBLE
Assistant United States Attorney

7/19/2017
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:17-CR-_____ |
| | § | |
| SHUNDARRELL CAIN | § | |

## **NOTICE OF PENALTY**

### **Count One**

Violation:     21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) (Possession with Intent to Distribute Methamphetamine)

Penalty:     A fine of not more than $10,000,000.00, imprisonment for a term of not less than ten (10) years or more than life, or both such fine and imprisonment; and a period of supervised release of at least five (5) years; or, if the defendant has been previously been convicted for a felony drug offense, a fine of not more than $20,000,000.00, imprisonment for a term of not less than twenty (20) years or more than life; or both such fine and imprisonment; and a period of supervised release of at least ten (10) years, or, if the defendant has been previously been convicted of two or more felony drug offenses, a fine of not more than $20,000,000.00, mandatory life imprisonment; or both such fine and imprisonment; and a period of supervised release of at least ten (10) years,.

Special Assessment:  $100.00

### Count Two

| | |
|---|---|
| Violation: | 18 U.S.C. § 924(c)(1) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime) |
| Penalty: | Imprisonment not less than five (5) years [to be served consecutively to the underlying offense] and up to life, a fine of up to $250,000.00, or both; a term of supervised release of at least two (2) years. |
| Special Assessment: | $100.00 |

### Count Three

| | |
|---|---|
| Violation: | 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) |
| Penalty: | A fine of not more than $250,000.00; imprisonment for not more than ten (10) years; or both; a term of supervised release of not more than three (3) years.  18 U.S.C. § 924(a)(2). |
| Special Assessment: | $100.00 |